Dismissed and Memorandum Opinion filed October 30, 2008








 

Dismissed
and Memorandum Opinion filed October 30, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00922-CR

____________

 

THE STATE OF TEXAS, Appellant

 

V.

 

DANIEL FRANCIS CAMILLI, Appellee

 



 

On Appeal from the
County Court at Law No. 3

Fort Bend County, Texas

Trial Court Cause No.
120679

 



 

M E M O R A N D U M   O P I N I O N

The
State filed a notice of appeal from the trial court=s order signed September 30, 2008,
granting appellee=s motion to suppress.  On October 21, 2008, appellee filed a
motion to dismiss the appeal because the trial court vacated its September 30,
2008, order granting the motion to suppress.  A copy of the order is attached
to appellee=s motion.  Therefore, this appeal has been rendered moot.  








Accordingly,
we grant appellee=s motion and order the appeal dismissed.  We direct the Clerk
of the Court to issue the mandate of the Court immediately.

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed October 30, 2008.

Panel consists of Chief Justice
Hedges and Justices Yates and Brown. 

Do not publish C Tex.
R. App. P. 47.2(b).